UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 24 P 3: 02

ESTHER PURCELL

v.                                                          3:00CV1715 WIG

CITY OF HARTFORD, JOSEPH J. CROUGHWELL,
BRIAN FOLEY, RICHARD MEDINA, TOBY BYRD

## JUDGMENT

After a consent to proceed before a U.S. Magistrate was entered on February 14, 2002 this matter came on before the Honorable William I. Garfinkel, United States Magistrate Judge, pursuant to defendant motion for dismissal (doc. #38). On September 11, 2003 an Order to show cause was issued. Failure to comply would result in a dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

On February 13, 2002, the Court granted a stipulation of dismissal as to defendants Toby Byrd and Richard Medina.

No explanations or requests for action having been received within the time specified, it is hereby, ORDERED that the complaint is dismissed and the case is closed.

Dated at Bridgeport, Connecticut, this 24th day of October, 2003.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket 10-24-03